USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

ENDO PHARMACEUTICALS INC.,

                Plaintiff,

      – against –

ACTAVIS INC. and ACTAVIS SOUTH
ATLANTIC LLC,

                Defendants.

12 Civ. 8985 (TPG)

------------------------------------------------------x

ENDO PHARMACEUTICALS INC.,

                Plaintiff,

      – against –

ROXANE LABORATORIES, INC.,

                Defendant.

12 Civ. 3288 (TPG)

------------------------------------------------------x

ENDO PHARMACEUTICALS INC. and
GRÜNENTHAL GMBH,

                Plaintiffs,

      – against –

TEVA PHARMACEUTICALS USA, INC.,
and BARR LABORATORIES, INC.,

                Defendants.

12 Civ. 8060 (TPG)

**(captions continued on next page)**

------------------------------------------------------x

1

```
------------------------------------x
                                    :
ENDO PHARMACEUTICALS INC. and       :
GRÜNENTHAL GMBH,                    :
                                    :
                     Plaintiffs,    :      12 Civ. 8317 (TPG)
                                    :
         – against –                :
                                    :
IMPAX LABORATORIES, INC. and        :
THORX LABORATORIES, INC.,           :
                                    :
                     Defendants.    :
                                    :
------------------------------------x
                                    :
ENDO PHARMACEUTICALS INC. and       :
GRÜNENTHAL GMBH,                    :
                                    :
                                    :      12 Civ. 8318 (TPG)
                     Plaintiffs,    :
                                    :
         – against –                :
                                    :
SANDOZ INC.,                        :
                                    :
                     Defendant.     :
                                    :
------------------------------------x
                                    :
ENDO PHARMACEUTICALS INC. and       :
GRÜNENTHAL GMBH,                    :
                                    :
                     Plaintiffs,    :      12 Civ. 8115 (TPG)
                                    :
         – against –                :
                                    :
AMNEAL PHARMACEUTICALS, LLC et      :   (captions continued on
al.,                                :          next page)
                     Defendants.    :
------------------------------------x
```

```
------------------------------------x
                                    :
ENDO PHARMACEUTICALS INC. and       :
GRÜNENTHAL GMBH,                    :
                                    :
                    Plaintiffs,     :        12 Civ. 9261 (TPG)
                                    :
        – against –                 :
                                    :
PAR PHARMACEUTICAL COMPANIES,       :
INC. and PAR PHARMACEUTICAL, INC.,  :
                                    :
                    Defendants.     :
------------------------------------x
                                    :
ENDO PHARMACEUTICALS INC.,          :
                                    :
                    Plaintiff,      :
                                    :        13 Civ. 3284 (TPG)
        – against –                 :
                                    :
PAR PHARMACEUTICAL COMPANIES,       :
INC. and PAR PHARMACEUTICAL, INC.,  :
                                    :
                    Defendants.     :
                                    :
------------------------------------x
                                    :
ENDO PHARMACEUTICALS INC.,          :
                                    :
                    Plaintiff,      :
                                    :        13 Civ. 4343 (TPG)
        – against –                 :
                                    :          **(captions continued on
RANBAXY LABORATORIES LTD.,          :              next page)**
RANBAXY INC., and RANBAXY           :
PHARMACEUTICALS INC.,               :
                                    :
                    Defendants.     :
------------------------------------x
```

3

```
------------------------------------x
                                    :
ENDO PHARMACEUTICALS INC.,          :
                                    :
                  Plaintiff,        :
                                    :    13 Civ. 3286 (TPG)
       – against –                  :
                                    :
MALLINCKRODT LLC,                   :
                                    :
                  Defendant.        :
                                    :
------------------------------------x
                                    :
ENDO PHARMACEUTICALS INC. and       :
GRÜNENTHAL GMBH,                    :
                                    :    13 Civ. 0435 (TPG)
                  Plaintiffs,       :
                                    :
       – against –                  :
                                    :
IMPAX LABORATORIES, INC.,           :
                                    :
                  Defendant.        :
                                    :
------------------------------------x
                                    :
ENDO PHARMACEUTICALS INC. and       :
GRÜNENTHAL GMBH,                    :
                                    :
                  Plaintiffs,       :    13 Civ. 0436 (TPG)
                                    :
       – against –                  :
                                    :
ACTAVIS INC. et al.,                :
                                    :
                  Defendants.       :
                                    :
------------------------------------x
```

4

## **ORDER**

Plaintiff Endo Pharmaceuticals Inc. has brought actions against 12 defendants for infringing patents related its opioid painkiller, OPANA® ER. In order to address the proper timeframe for and amount of discovery, the court will hold a conference with the parties to all of these actions on December 5, 2013 at 11:00 a.m. at 500 Pearl Street, New York, NY 10007.

All depositions shall be held in abeyance until the date of the conference.

SO ORDERED.

Dated: New York, New York
       November 25, 2013

_____
Thomas P. Griesa
U. S. District Judge