IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ACTAVIS INC. and ACTAVIS SOUTH ATLANTIC LLC, <br><br> *Defendants.* | C.A. No. 12-cv-8985-TPG |

**PLAINTIFF ENDO PHARMACEUTICALS INC.'S AMENDED FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Endo Pharmaceuticals Inc. states that Endo International PLC is the parent of Endo Pharmaceuticals Inc., and is also the only publicly held company that owns 10% or more of its stock.

Dated: March 21, 2014

DECHERT LLP

  /s/ *Jeff Fisher*

Jeffrey Fisher
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 649-8733
jeffrey.fisher@dechert.com

- 2 -

        Martin J. Black
        Robert D. Rhoad
        Dechert LLP
        Cira Centre
        2929 Arch Street
        Philadelphia, PA 19104
        (215) 994-4000

        ATTORNEYS FOR PLAINTIFF ENDO
        PHARMACEUTICALS INC.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, I served the foregoing Plaintiff Endo Pharmaceuticals Inc.'s Amended Fed. R. Civ. P. 7.1 Statement on counsel for Actavis Inc. and Actavis South Atlantic LLC via CM/ECF Notification.

Charles A. Weiss
Leisa Smith-Lundy
Eric H. Yecies
Nicholas P. Chiara
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
Tel:    (212) 513-3200
Email: charles.weiss@hklaw.com
            Leisa.lundy@hklaw.com
            eric.yecies@hklaw.com
            nicholas.chiara@hklaw.com
            ClientTeam-ActavisPatent-OpanaER@hklaw.com

*Attorneys for Defendants*
*Actavis Inc. and Actavis South Atlantic LLC*

Dated:  March 21, 2014                             By:    */s/ Jeff Fisher*