USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2015

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff-Cross-Appellant*

v.

**ACTAVIS INC., ACTAVIS SOUTH ATLANTIC LLC,**
*Defendants-Appellants*

2016-1025, -1117

Appeals from the United States District Court for the Southern District of New York in No. 1:12-cv-08985-TPG-GWG, Senior Judge Thomas P. Griesa.

**O R D E R**

Upon consideration of the recently docketed cross-appeal, the court considers whether deactivation is appropriate.

At the district court, Endo Pharmaceuticals, Inc. has filed pending motions pursuant to Rule 60(a) of the Federal Rules of Civil Procedure to correct the judgment in the underlying case and pursuant to Rule 52 for additional findings, and Actavis, Inc. and Actavis South Atlantic LLC have filed a pending motion pursuant to Rule 59 to, *inter alia*, amend the judgment.

Upon consideration thereof,

2    ENDO PHARMACEUTICALS INC. v. ACTAVIS INC.

IT IS ORDERED THAT:

These appeals are deactivated. Within 30 days of the district court's ruling on the last of the three pending motions, the parties are directed to inform this court how they believe these appeals should proceed.

            FOR THE COURT

            /s/ Daniel E. O'Toole
            Daniel E. O'Toole
            Clerk of Court

s26